# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 14 | DYNAX CORPORATION |
| Defendant 15 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | NATIONAL FOAM, INC. |
| Defendant 17 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | TYCO FIRE PRODUCTS L.P. |
| Defendant 20 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |
| Defendant 21 | |
| Defendant 22 | |
| Defendant 23 | |
| Defendant 24 | |

| | |
|---|---|
| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    ☐     Diversity

    ☐     Federal Question

    ☒     The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐     Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
    - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer

    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud
    Count IX – Conspiracy
    Count X – Wrongful Death
    Count XI – Loss of Consortium

    Other Causes of Action:
    Count XII – Negligent, Intentional, and Reckless Infliction of Emotional Distress
    Count XIII – _____
    Count XIV – _____
    Count XV – _____
    Count XVI – _____
    Count XVII – _____
    Count XVIII – _____
    Count XIX – _____
    Count XX – _____
    Others

                                          **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 3, 2025

                                          Respectfully Submitted,

                                          */s/ Devin Bolton*
                                          Devin Bolton
                                          WEITZ & LUXENBERG, PC
                                          1880 Century Park E, STE 700
                                          Los Angeles, CA 90067
                                          Tel: (212) 558-5552
                                          dbolton@weitzlux.com

                                          *Attorney for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

|  | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Orman, Sandra o/b/o Orman, Michael | 7/4/1959 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 2. | Orman, Sandra |  | California | Central District of California: Southern Division (C.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 3. | Ortega, Josephine o/b/o Ortega, Joe | 3/6/1943 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 4. | Ortega, Josephine |  | California | Central District of California: Western Division (C.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 5. | Ortega, Olivia o/b/o Ortega, Dave-Michael | 6/28/1955 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 6. | Ortega, Olivia |  | California | Central District of California: Western Division (C.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 7. | Parnell, Rebecca o/b/o Parnell, Bruce | 2/20/1947 | Alabama | Northern District of Alabama: Middle Division (N.D. Ala.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 8. | Parnell, Rebecca |  | Alabama | Northern District of Alabama: Middle Division (N.D. Ala.) | No | No | No | Loss of Consortium | XI |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 9. | Pate, Roy o/b/o Pate, Wanda | 5/26/1954 | Georgia | Middle District of Georgia: Macon Division (M.D. Ga.) | No | Yes | No | Kidney Cancer, Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 10. | Pate, Roy | | Georgia | Middle District of Georgia: Macon Division (M.D. Ga.) | No | No | No | Loss of Consortium | XI |
| 11. | Patrick, Victoria o/b/o Farthing, David | 12/14/1950 | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 12. | Patrick, Victoria | | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | No | No | Loss of Consortium | XI |
| 13. | Picher, Rebecca o/b/o Picher, Thomas | 5/15/1971 | Maine | Maine (D. Me.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 14. | Picher, Rebecca | | Maine | Maine (D. Me.) | No | No | No | Loss of Consortium | XI |
| 15. | Pomphrey, Melissa o/b/o Pomphrey, Harry | 12/5/1965 | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 16. | Pomphrey, Melissa | | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | No | No | Loss of Consortium | XI |
| 17. | Pope, Linda o/b/o Pope, Barry | 4/9/1959 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 18. | Pope, Linda | | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | No | No | Loss of Consortium | XI |
| 19. | Pouder Jr, Bobby o/b/o Pouder, Mary | 9/1/1975 | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 20. | Pouder Jr, Bobby | | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 21. | Pranger, Patricia o/b/o Ferreira, John | 10/9/1962 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 22. | Pranger, Patricia | | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 23. | Price, Viki o/b/o Price, Jeffery | 6/14/1943 | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 24. | Price, Viki | | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | No | No | Loss of Consortium | XI |
| 25. | Priore, Virginia o/b/o Priore, Charles | 12/13/1953 | Florida | Middle District of Florida: Orlando Division (M.D. Fla.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 26. | Priore, Virginia | | Florida | Middle District of Florida: Orlando Division (M.D. Fla.) | No | No | No | Loss of Consortium | XI |
| 27. | Quinn, Brynda o/b/o Quinn, Richard | 4/6/1976 | Tennessee | Middle District of Tennessee: Nashville Division (M.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 28. | Quinn, Brynda | | Tennessee | Middle District of Tennessee: Nashville Division (M.D. Tenn.) | No | No | No | Loss of Consortium | XI |
| 29. | Raduege, Lynn o/b/o Raduege, Paul | 12/19/1946 | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | Yes | No | Kidney Cancer, Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 30. | Raduege, Lynn | | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 31. | Ramsey, Mary o/b/o Ramsey, Bobby | 3/1/1953 | Iowa | Southern District of Iowa: Central Division (S.D. Iowa) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 32. | Ramsey, Mary | | Iowa | Southern District of Iowa: Central Division (S.D. Iowa) | No | No | No | Loss of Consortium | XI |
| 33. | Ray, Sandra o/b/o Ray, Ronald | 1/31/1949 | Arizona | Arizona: Phoenix Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 34. | Ray, Sandra | | Arizona | Arizona: Phoenix Division (D. Ariz.) | No | No | No | Loss of Consortium | XI |
| 35. | Rees, Craig o/b/o Rees, Terry | 5/15/1961 | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 36. | Rees, Craig | | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | No | No | Loss of Consortium | XI |
| 37. | Robinson, Marion o/b/o Robinson, Margaret | 9/24/1959 | Mississippi | Southern District of Mississippi (S.D. Miss.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 38. | Robinson, Marion | | Mississippi | Southern District of Mississippi (S.D. Miss.) | No | No | No | Loss of Consortium | XI |
| 39. | Rodriguez, Lisa o/b/o Santiago, Richard | 12/7/1964 | Virginia | Eastern District of Virginia: Alexandria Division (E.D. Va.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 40. | Rodriguez, Lisa | | Virginia | Eastern District of Virginia: Alexandria Division (E.D. Va.) | No | No | No | Loss of Consortium | XI |
| 41. | Rogers, Roderick o/b/o Rogers, Sylvia | 1/28/1970 | North Carolina | Western District of North Carolina: Charlotte Division (W.D.N.C.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 42. | Rogers, Roderick | | North Carolina | Western District of North Carolina: Charlotte Division (W.D.N.C.) | No | No | No | Loss of Consortium | XI |
| 43. | Rose, Amy o/b/o Laubis, Timothy | 6/22/1952 | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 44. | Rose, Amy | | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | No | No | Loss of Consortium | XI |
| 45. | Ruffin, Sandra o/b/o Ruffin Jr, Seggie | 1/25/1947 | Kansas | Kansas (D. Kan.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 46. | Ruffin, Sandra | | Kansas | Kansas (D. Kan.) | No | No | No | Loss of Consortium | XI |
| 47. | Sabala, Leslie o/b/o Sabala, Timothy | 4/11/1962 | California | Central District of California: Eastern Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 48. | Sabala, Leslie | | California | Central District of California: Eastern Division (C.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 49. | Sanders, Johanna o/b/o Sanders, Joshua | 9/12/1976 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 50. | Sanders, Johanna | | California | Central District of California: Western Division (C.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 51. | Schulz, Donna o/b/o Schulz, Raymond | 6/12/1951 | Indiana | Southern District of Indiana (S.D. Ind.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 52. | Schulz, Donna | | Indiana | Southern District of Indiana (S.D. Ind.) | No | No | No | Loss of Consortium | XI |
| 53. | Sedlacek, Cherie o/b/o Sedlacek, Kurt | 1/28/1957 | Illinois | Southern District of Illinois: East St. Louis Division (S.D. Ill.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 54. | Sedlacek, Cherie | | Illinois | Southern District of Illinois: East St. Louis Division (S.D. Ill.) | No | No | No | Loss of Consortium | XI |
| 55. | Sharpe-Mouzon, Ayo o/b/o Mouzon, John | 4/7/1953 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 56. | Sharpe-Mouzon, Ayo | | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 57. | Shults, Michelle o/b/o Shults, Scott | 4/17/1973 | Illinois | Central District of Illinois (C.D. Ill.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 58. | Shults, Michelle | | Illinois | Central District of Illinois (C.D. Ill.) | No | No | No | Loss of Consortium | XI |
| 59. | Silversmith, Angela o/b/o Silversmith, James | 12/15/1956 | Arizona | Arizona: Phoenix Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 60. | Silversmith, Angela | | Arizona | Arizona: Phoenix Division (D. Ariz.) | No | No | No | Loss of Consortium | XI |
| 61. | Smith, Audra o/b/o Smith, Cassandra | 8/5/1989 | New York | Western District of New York (W.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 62. | Smith, Audra | | New York | Western District of New York (W.D.N.Y.) | No | No | No | Loss of Consortium | XI |
| 63. | Smith, Maurice o/b/o Roberts, Camron | 11/15/1957 | Kentucky | Western District of Kentucky: Louisville Division (W.D. Ky.) | No | Yes | No | Liver Cancer, Testicular Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 64. | Smith, Maurice | | Kentucky | Western District of Kentucky: Louisville Division (W.D. Ky.) | No | No | No | Loss of Consortium | XI |
| 65. | Sokol, Earl o/b/o Coates, Dracy | 6/3/1962 | Vermont | Vermont (D. Vt.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 66. | Sokol, Earl | | Vermont | Vermont (D. Vt.) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 67. | States, Marc o/b/o States, Amanda | 9/22/1970 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 68. | States, Marc | | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | No | No | Loss of Consortium | XI |
| 69. | Stevens, Jill o/b/o Kriz, Karel | 6/1/1951 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 70. | Stevens, Jill | | California | Central District of California: Southern Division (C.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 71. | Strader, Constance o/b/o Strader, Ronald | 10/10/1944 | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 72. | Strader, Constance | | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | No | No | Loss of Consortium | XI |
| 73. | Sullivan, Tom o/b/o Sullivan, Janet | 9/5/1941 | West Virginia | Southern District of West Virginia: Huntington Division (S.D. W.Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 74. | Sullivan, Tom | | West Virginia | Southern District of West Virginia: Huntington Division (S.D. W.Va.) | No | No | No | Loss of Consortium | XI |
| 75. | Swanson, Carol o/b/o Swanson, Bruce | 11/11/1947 | North Carolina | Western District of North Carolina: Charlotte Division (W.D.N.C.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 76. | Swanson, Carol | | North Carolina | Western District of North Carolina: Charlotte Division (W.D.N.C.) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 77. | Swedenburg, Brenda o/b/o Swedenburg, Gary | 10/10/1955 | Tennessee | Eastern District of Tennessee: Winchester Division (E.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 78. | Swedenburg, Brenda | | Tennessee | Eastern District of Tennessee: Winchester Division (E.D. Tenn.) | No | No | No | Loss of Consortium | XI |
| 79. | Thompson, Larry o/b/o Thompson, Karen | 8/1/1964 | North Carolina | Eastern District of North Carolina: Western Division (E.D.N.C.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 80. | Thompson, Larry | | North Carolina | Eastern District of North Carolina: Western Division (E.D.N.C.) | No | No | No | Loss of Consortium | XI |
| 81. | Thompson, Ramona o/b/o Thompson, Wayne | 5/7/1951 | Mississippi | Southern District of Mississippi (S.D. Miss.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 82. | Thompson, Ramona | | Mississippi | Southern District of Mississippi (S.D. Miss.) | No | No | No | Loss of Consortium | XI |
| 83. | Tramonte, Ann o/b/o Tramonte, Michael | 10/21/1962 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 84. | Tramonte, Ann | | Massachusetts | Massachusetts (D. Mass.) | No | No | No | Loss of Consortium | XI |
| 85. | Tresvik, Eileen o/b/o Tresvik, Victor | 7/25/1952 | Arizona | Arizona: Tucson Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 86. | Tresvik, Eileen | | Arizona | Arizona: Tucson Division (D. Ariz.) | No | No | No | Loss of Consortium | XI |
| 87. | Tuitt, Loren o/b/o Tuitt, Charles | 1/22/1953 | West Virginia | Southern District of West Virginia: Charleston Division (S.D. W.Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 88. | Tuitt, Loren | | West Virginia | Southern District of West Virginia: | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Charleston Division (S.D. W.Va.) | | | | | |
| 89. | Walker, Katrina o/b/o Walker, Lue | 11/9/1968 | Mississippi | Northern District of Mississippi: Aberdeen Division (N.D. Miss.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 90. | Walker, Katrina | | Mississippi | Northern District of Mississippi: Aberdeen Division (N.D. Miss.) | No | No | No | Loss of Consortium | XI |
| 91. | Walker, Les o/b/o Walker, E. Roxianne | 6/17/1952 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 92. | Walker, Les | | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | No | No | Loss of Consortium | XI |
| 93. | Ward, Suzan o/b/o Ward, Mark | 12/7/1955 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 94. | Ward, Suzan | | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 95. | Warengo-Murray, Sheryl o/b/o Warengo, James | 10/18/1938 | Tennessee | Eastern District of Tennessee: Northern Division (E.D. Tenn.) | No | Yes | No | Liver Cancer, Testicular Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 96. | Warengo-Murray, Sheryl | | Tennessee | Eastern District of Tennessee: Northern Division (E.D. Tenn.) | No | No | No | Loss of Consortium | XI |
| 97. | Watkins, Barbara o/b/o Watkins, Gregory | 1/2/1947 | Indiana | Northern District of Indiana: South Bend Division (N.D. Ind.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 98. | Watkins, Barbara | | Indiana | Northern District of Indiana: South Bend Division (N.D. Ind.) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 99. | Waugh, Starla o/b/o Waugh, John | 9/2/1963 | Kentucky | Eastern District of Kentucky: Ashland Division (E.D. Ky.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 100. | Waugh, Starla | | Kentucky | Eastern District of Kentucky: Ashland Division (E.D. Ky.) | No | No | No | Loss of Consortium | XI |
| 101. | Wesley, Nancy o/b/o Wesley, Kenneth | 9/7/1944 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 102. | Wesley, Nancy | | Michigan | Western District of Michigan (W.D. Mich.) | No | No | No | Loss of Consortium | XI |
| 103. | Westmoreland, Gloria o/b/o Rogers, Grady Lee | 8/28/1959 | Tennessee | Eastern District of Tennessee: Southern Division (E.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 104. | Westmoreland, Gloria | | Tennessee | Eastern District of Tennessee: Southern Division (E.D. Tenn.) | No | No | No | Loss of Consortium | XI |
| 105. | White, Beverly o/b/o White, Brent | 9/24/1959 | Florida | Middle District of Florida: Fort Myers Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 106. | White, Beverly | | Florida | Middle District of Florida: Fort Myers Division (M.D. Fla.) | No | No | No | Loss of Consortium | XI |
| 107. | White, Jennifer o/b/o Kennerly, Bruce | 2/24/1963 | North Carolina | Western District of North Carolina: Statesville Division (W.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 108. | White, Jennifer | | North Carolina | Western District of North Carolina: Statesville Division (W.D.N.C.) | No | No | No | Loss of Consortium | XI |
| 109. | Wicks, Tracey o/b/o Wicks, Kenneth | 11/19/1957 | North Carolina | Middle District of North Carolina: Winston-Salem Division (M.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 110. | Wicks, Tracey | | North Carolina | Middle District of North Carolina: Winston-Salem Division (M.D.N.C.) | No | No | No | Loss of Consortium | XI |
| 111. | Wilbur, Stephen o/b/o Wilbur, Beverly | 7/27/1951 | South Carolina | South Carolina: Columbia Division (D.S.C.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 112. | Wilbur, Stephen | | South Carolina | South Carolina: Columbia Division (D.S.C.) | No | No | No | Loss of Consortium | XI |
| 113. | Williams, Sabrina o/b/o Williams, Sheldon | 12/21/1981 | Illinois | Central District of Illinois (C.D. Ill.) | No | Yes | No | Kidney Cancer, Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 114. | Williams, Sabrina | | Illinois | Central District of Illinois (C.D. Ill.) | No | No | No | Loss of Consortium | XI |
| 115. | Williams, Stephen o/b/o Williams, Sandra | 9/18/1960 | Alabama | Southern District of Alabama: Mobile Division (S.D. Ala.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 116. | Williams, Stephen | | Alabama | Southern District of Alabama: Mobile Division (S.D. Ala.) | No | No | No | Loss of Consortium | XI |
| 117. | Wilson, Evelyn o/b/o Wilson, Roy | 7/2/1934 | Florida | Northern District of Florida: Pensacola Division (N.D. Fla.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 118. | Wilson, Evelyn | | Florida | Northern District of Florida: Pensacola Division (N.D. Fla.) | No | No | No | Loss of Consortium | XI |
| 119. | Workman, Dianna o/b/o Workman, Michael | 12/25/1956 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 120. | Workman, Dianna | | Michigan | Western District of Michigan (W.D. Mich.) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 121. | Yard, Donna o/b/o Yard III, Philip | 4/8/1961 | New Mexico | New Mexico (D.N.M.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 122. | Yard, Donna | | New Mexico | New Mexico (D.N.M.) | No | No | No | Loss of Consortium | XI |
| 123. | Youngblood, Mary o/b/o Youngblood Jr., Erskine | 6/11/1943 | Alabama | Northern District of Alabama: Southern Division (N.D. Ala.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 124. | Youngblood, Mary | | Alabama | Northern District of Alabama: Southern Division (N.D. Ala.) | No | No | No | Loss of Consortium | XI |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |

|  | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |